---

ANTHONY CLEVELAND,                          JUDGMENT IN A CIVIL CASE

    **Plaintiff,**

**vs.**

JD SEWELL, ET AL.,                          CASE NO: 16-2777-STA-egb

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Federal Malicious Prosecution Claim, Dismissing State Law Claims Without Prejudice, Certifying Appeal Would Not Be Taken In Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on October 10, 2017, this cause is hereby DISMISSED Without Prejudice.

                                   APPROVED:

**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 10/10/2017**                    **THOMAS M. GOULD**
                                        **Clerk of Court**

                                    **s/Maurice B. BRYSON**

                            **(By) Deputy Clerk**